JS-6

1  MATTHEW R. ROGERS (SBN 128215)
   EMMA E. JACOBSON (SBN 245851)
2  **SQUIRE PATTON BOGGS (US) LLP**
   555 South Flower Street, 31st Floor
3  Los Angeles, California 90071
   Telephone:  213.624.2500
4  Facsimile:  213.623.4581
   Email:      matthew.rogers@squirepb.com
5              emma.jacobson@squirepb.com

6  Attorneys for Defendant,
   MERCEDES-BENZ USA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| ROBERT GIFFORD, | Case No. 8:16-cv-01046-AG-KES |
|---|---|
| Plaintiff, | District Judge: Andrew J. Guilford |
| v. | Magistrate Judge: Karen E. Scott |
| MERCEDES-BENZ USA, LLC and DOES 1-25, | **ORDER RE STIPULATED DISMISSAL OF MERCEDES-BENZ USA, LLC** |
| Defendants. | State Complaint Filed: 4/11/16<br>Removal Date: 6/3/16<br>Trial Date: 10/3/17 |

Based on the attached Stipulated Dismissal the Court hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: February 8, 2017

Andrew J. Guilford
United States District Judge

010-8391-3087